ORIGINAL

William J. Braun, Esq., State Bar No. 157414

**BRAUN & MELUCCI, LLP**
7855 Ivanhoe Ave., Suite 400
San Diego, California 92037
Telephone (858) 456-9725
Telefax (858) 456-9726

Attorney for Use-Plaintiff Construction Testing & Engineering, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES, for the use and benefit of CONSTRUCTION TESTING & ENGINEERING, INC., a California corporation, <br><br>  Plaintiff, <br><br> v. <br><br> GRAY CONSTRUCTION, INC.,dba JAMES N. GRAY COMPANY, a Kentucky corporation,; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. C 07-02419 JL <br><br> **PROOF OF SERVICE OF SUMMONS & COMPLAINT AND OTHER CASE DOCUMENTS UPON TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** <br><br> Magistrate Judge: James Larson |

Case No. C 072419                                                                                       Proof of Service

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| BRAUN & MELUCCI, L.L.P.<br>7855 IVANHOE, SUITE 400<br>LA JOLLA, CA 92037 | |
| TELEPHONE NO. (Optional): (858) 456-9725   FAX NO. (Optional):<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): CONSTRUCTION TESTING | |
| STREET ADDRESS: 450 GOLDEN GATE AVENUE, 16TH FLOOR, #1111<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: CONSTRUCTION TESTING<br>DEFENDANT/RESPONDENT: GRAY CONSTRUCTION | CASE NUMBER:<br>C072419 |
| PROOF OF SERVICE OF SUMMONS | Ref No. or File No.<br>0P161648-01/CTE/GRAYCONST |

(Separate proof of service is required for each party served)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other (specifiy documents):
   SUMMONS AND COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CIVIL COVER SHEET; NO DISTRICT COURT INFO, ORDER SETTING CMC & ADR DEADLINES

3. a. Party Served: (specify name of party as shown on the documents served):
   TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

   b. Person Served: other (specify name and relationship to party named in item 3a):other (specify name and relationsh
   BECKY DEGEORGE, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:   2730 GATEWAY OAKS DR #100
                                          SACRAMENTO, CA 85852

5. I served the party (check proper box)
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):May 23, 2007 (2) at (time): 12:39 pm

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

78.45

| | |
|---|---|
| PETITIONER: CONSTRUCTION TESTING | CASE NUMBER: |
| RESPONDENT: GRAY CONSTRUCTION | C072419 |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   under the following Code of Civil Procedure section:
   [XX] 416.10 (corporation)

7. **Person who served papers**
   a. Name: JEFF KING
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $   78.45
   e. I am: (3) a registered California process server
      (i) INDEPENDENT CONTRACTOR
      (ii) Registration No.: 2004-55
      (iii) County : SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   June 1, 2007

JEFF KING
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

41A/0P161648-01

COPY

1  William J. Braun, Esq., State Bar No. 157414
2  **BRAUN & MELUCCI, LLP**
   7855 Ivanhoe Ave., Suite 400
3  San Diego, California 92037
   Telephone (858) 456-9725
4  Telefax (858) 456-9726

5  Attorney for Use-Plaintiff Construction Testing & Engineering, Inc.

6
7              **UNITED STATES DISTRICT COURT**

8          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  THE UNITED STATES, for the use and benefit of ) CONSTRUCTION TESTING & | Case No. C 07-02419 JL |
| 11  ENGINEERING, INC., a California corporation, ) | **PROOF OF SERVICE OF SUMMONS & COMPLAINT AND OTHER CASE DOCUMENTS UPON TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** |
| 12              Plaintiff, ) | |
| 13         v. ) | |
| 14  GRAY CONSTRUCTION, INC., dba JAMES N. ) GRAY COMPANY, a Kentucky corporation,; ) | |
| 15  TRAVELERS CASUALTY AND SURETY ) COMPANY OF AMERICA, a Connecticut ) | Magistrate Judge: James Larson |
| 16  corporation and DOES 1 through 10, inclusive, ) | |
| 17              Defendants. ) | |

18
19
20
21
22
23
24
25
26
27
28

Case No. C 072419                                                  Proof of Service

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| BRAUN & MELUCCI, L.L.P.<br>7855 IVANHOE, SUITE 400<br>LA JOLLA, CA  92037 | |
| TELEPHONE NO.(Optional): (858) 456-9725   FAX NO.(Optional):<br>EMAIL ADDRESS(Optional):<br>ATTORNEY FOR(Name): CONSTRUCTION TESTING | |
| STREET ADDRESS: 450 GOLDEN GATE AVENUE, 16TH FLOOR, #1111<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: CONSTRUCTION TESTING | CASE NUMBER:<br>C072419 |
| DEFENDANT/RESPONDENT: GRAY CONSTRUCTION | |
| PROOF OF SERVICE OF SUMMONS | Ref No. or File No.<br>0P161648-01/CTE/GRAYCONST |

(Separate proof of service is required for each party served)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other (specifiy documents):
   SUMMONS AND COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CIVIL COVER SHEET; NO DISTRICT COURT INFO, ORDER SETTING CMC & ADR DEADLINES

3. a. Party Served: (specify name of party as shown on the documents served):
   TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

   b. Person Served: other (specify name and relationship to party named in item 3a):other (specify name and relationsh
   BECKY DEGEORGE, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:   2730 GATEWAY OAKS DR #100
                                          SACRAMENTO, CA 85852

5. I served the party (check proper box)
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):May 23, 2007 (2) at (time): 12:39 pm

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure,§ 417.10
78.45

| PETITIONER: CONSTRUCTION TESTING | CASE NUMBER: |
|---|---|
| RESPONDENT: GRAY CONSTRUCTION | C072419 |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   under the following Code of Civil Procedure section:
   [XX] 416.10 (corporation)

7. **Person who served papers**
   a. Name: JEFF KING
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $  78.45
   e. I am: (3) a registered California process server
      (i) INDEPENDENT CONTRACTOR
      (ii) Registration No.: 2004-55
      (iii) County : SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    June 1, 2007

JEFF KING
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                (SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

41A/OP161648-01