ORIGINAL

William J. Braun, Esq., State Bar No. 157414

**BRAUN & MELUCCI, LLP**
7855 Ivanhoe Ave., Suite 400
San Diego, California 92037
Telephone (858) 456-9725
Telefax (858) 456-9726

Attorney for Use-Plaintiff Construction Testing & Engineering, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES, for the use and benefit of CONSTRUCTION TESTING & ENGINEERING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRAY CONSTRUCTION, INC., dba JAMES N. GRAY COMPANY, a Kentucky corporation,; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-02419 JL<br><br>**PROOF OF SERVICE OF SUMMONS & COMPLAINT AND OTHER CASE DOCUMENTS UPON GRAY CONSTRUCTION INC. dba JAMES N. GRAY COMPANY**<br><br>Magistrate Judge: James Larson |

Case No. C 072419                                                                                     Proof of Service

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| BRAUN & MELUCCI, L.L.P.<br>7855 IVANHOE, SUITE 400<br>LA JOLLA, CA 92037 | |
| TELEPHONE NO.(Optional): (858) 456-9725  FAX NO.(Optional):<br>EMAIL ADDRESS(Optional):<br>ATTORNEY FOR(Name): UNITED STATES CONSTRUCTION | |

OF: SAN FRANCISCO
STREET ADDRESS: 450 GOLDEN GATE AVENUE, 16TH FLOOR, #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: UNITED STATES CONSTRUCTION
DEFENDANT/RESPONDENT: GRAY CONSTRUCTION

CASE NUMBER: C072419JL

**PROOF OF SERVICE OF SUMMONS**

Ref No. or File No.
0P161649-01/CTE/GRAYCONST

(Separate proof of service is required for each party served)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other (specifiy documents):
   SUMMONS AND COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CIVIL COVER SHEET; DISTRICT COURT INFO

3. a. Party Served: (specify name of party as shown on the documents served):
   GRAY CONSTRUCTION INC, DBA JAMES N. GRAY COMPANY

   b. Person Served: other (specify name and relationship to party named in item 3a):other (specify name and relationsh
   MARGARET WILSON, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:      818 WEST SEVENTH ST
                                             LOS ANGELES, CA 90017

5. I served the party (check proper box)
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):May 22, 2007 (2) at (time): 03:00 pm

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure,§ 417.10
64.45

| PETITIONER: UNITED STATES CONSTRUCTION | CASE NUMBER: |
| --- | --- |
| RESPONDENT: GRAY CONSTRUCTION | C072419JL |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   under the following Code of Civil Procedure section:
   [XX] 416.10 (corporation)

7. **Person who served papers**
   a. Name: VICTOR ENRIQUE MENDEZ
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $   64.45
   e. I am: (3) a registered California process server
         (i) INDEPENDENT CONTRACTOR
         (ii) Registration No.: 3428
         (iii) County : LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   June 5, 2007

VICTOR ENRIQUE MENDEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

41A/OP161649-01



William J. Braun, Esq., State Bar No. 157414

**BRAUN & MELUCCI, LLP**
7855 Ivanhoe Ave., Suite 400
San Diego, California 92037
Telephone (858) 456-9725
Telefax (858) 456-9726

Attorney for Use-Plaintiff Construction Testing & Engineering, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES, for the use and benefit of CONSTRUCTION TESTING & ENGINEERING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRAY CONSTRUCTION, INC., dba JAMES N. GRAY COMPANY, a Kentucky corporation,; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-02419 JL<br><br>**PROOF OF SERVICE OF SUMMONS & COMPLAINT AND OTHER CASE DOCUMENTS UPON GRAY CONSTRUCTION INC. dba JAMES N. GRAY COMPANY**<br><br>Magistrate Judge: James Larson |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| BRAUN & MELUCCI, L.L.P.<br>7855 IVANHOE, SUITE 400<br>LA JOLLA, CA  92037<br>TELEPHONE NO.(Optional): (858) 456-9725  FAX NO.(Optional):<br>EMAIL ADDRESS(Optional):<br>ATTORNEY FOR(Name): UNITED STATES CONSTRUCTION | |

OF: SAN FRANCISCO
STREET ADDRESS: 450 GOLDEN GATE AVENUE, 16TH FLOOR, #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: UNITED STATES CONSTRUCTION
DEFENDANT/RESPONDENT: GRAY CONSTRUCTION

CASE NUMBER: C072419JL

**PROOF OF SERVICE OF SUMMONS**

Ref No. or File No.: 0P161649-01/CTE/GRAYCONST

(Separate proof of service is required for each party served)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other (specifiy documents):
   SUMMONS AND COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CIVIL COVER SHEET; DISTRICT COURT INFO

3. a. Party Served: (specify name of party as shown on the documents served):
   GRAY CONSTRUCTION INC, DBA JAMES N. GRAY COMPANY

   b. Person Served: other (specify name and relationship to party named in item 3a): other (specify name and relationsh
   MARGARET WILSON, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:    818 WEST SEVENTH ST
                                           LOS ANGELES, CA 90017

5. I served the party (check proper box)
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): May 22, 2007 (2) at (time): 03:00 pm

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

64.45

| PETITIONER: UNITED STATES CONSTRUCTION | CASE NUMBER: |
|---|---|
| RESPONDENT: GRAY CONSTRUCTION | C072419JL |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   under the following Code of Civil Procedure section:
   [XX] 416.10 (corporation)

7. **Person who served papers**
   a. Name: VICTOR ENRIQUE MENDEZ
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $ 64.45
   e. I am: (3) a registered California process server
      (i) INDEPENDENT CONTRACTOR
      (ii) Registration No.: 3428
      (iii) County : LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   June 5, 2007

VICTOR ENRIQUE MENDEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

41A/OP161649-01